UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANTOS D. HATFIELD,<br>          Petitioner,<br>    v.<br>COMPLEX WARDEN R. J. QUINTAMA, WARDEN PHILLIP R. GUITTERREZ,<br>          Respondents. | No. CV 10-5852 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 10, 2011

**JS-6**

A HOWARD MATZ
United States District Judge